AO 257 (Rev. 6/78)

| DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT |
|---|

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT  ☐ SUPERSEDING

**OFFENSE CHARGED**

18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY: 10 years imprisonment, $250,000 fine, 3 years supervised release; and $100 special assessment

E-filing

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

FILED
APR 30 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**DEFENDANT - U.S**
▶ MARCELL DARNELL MAMON

DISTRICT COURT NUMBER
**CR08-0282  CW**

**DEFENDANT**

IS *NOT* IN CUSTODY
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction  } ☐ Federal ☒ State
6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution
Santa Rita Jail

Has detainer been filed? ☐ Yes ☐ No  } If "Yes" give date filed _____

DATE OF ARREST ▶ Month/Day/Year _____
Or... if Arresting Agency & Warrant were not
DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year _____

**PROCEEDING**

Name of Complainant Agency, or Person (& Title, if any)
ALCOHOL, TOBACCO, FIREARM AND EXPLOSIVES

☐ person is awaiting trial in another Federal or State Court, give name of court _____

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40. Show District _____

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
  ☐ U.S. ATTORNEY  ☐ DEFENSE
  SHOW DOCKET NO. _____

☐ this prosecution relates to a pending case involving this same defendant
  MAGISTRATE CASE NO. _____

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under _____

Name and Office of Person Furnishing Information on this form   JOSEPH P. RUSSONIELLO
☒ U.S. Attorney  ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   DANIEL KALEBA, AUSA

☐ This report amends AO 257 previously submitted

**ADDITIONAL INFORMATION OR COMMENTS**

PROCESS:
☐ SUMMONS  ☐ NO PROCESS*  ☒ WARRANT     Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

* Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____   Before Judge: _____

Comments:

# United States District Court



FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: OAKLAND

**CR08-0282        CW**

UNITED STATES OF AMERICA,

V.

E-filing

MARCELL DARNELL MAMON,

DEFENDANT(S).

---

## INDICTMENT

18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition

---

A true bill.

_____ Foreman

Filed in open court this __30TH__ day of APRIL 2008.

_____ Clerk

Bail, $ No bail arrest warrant
4-30-08

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
3
4                                                            **FILED**
5   E-filing                                                 APR 30 2008
6                                                            RICHARD W. WIEKING
                                                             CLERK, U.S. DISTRICT COURT
                                                             NORTHERN DISTRICT OF CALIFORNIA
                                                             OAKLAND
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
               OAKLAND DIVISION
10
11  UNITED STATES OF AMERICA,        )    Criminal No: **CR 08-0282 CW**
12       Plaintiff,                  )
                                     )    VIOLATION: 18 U.S.C. § 922(g)(1) – Felon in
13                                   )    Possession of Ammunition
         v.                          )
14                                   )
    MARCELL DARNELL MAMON,           )    OAKLAND VENUE
15                                   )
                                     )
16       Defendant.                  )
                                     )
17  _____  )

18
19
20                    I N D I C T M E N T
21  The Grand Jury charges:
22  COUNT ONE:       (18 U.S.C. § 922(g)(1) – Felon in Possession of Ammunition)
23       On or about February 21, 2008, in the Northern District of California, the defendant,
24                    MARCELL DARNELL MAMON,
25  having been convicted of a crime punishable by imprisonment for a term exceeding one year, did
26  knowingly possess ammunition, namely, 7 rounds of .380 caliber ammunition manufactured by
27  //
28  //

INDICTMENT

1 | ATK Armament Systems (also known as CCI and Federal Cartridge Company), in and affecting
2 | interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1).

DATED:     April 30, 2008                    A TRUE BILL.

_____
FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

_____
W. DOUGLAS SPRAGUE
Chief, Oakland Branch

(Approved as to form: _____ )
                        AUSA DANIEL KALEBA

INDICTMENT                                    2