1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CASBN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant United States Attorney
5
      1301 Clay Street Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3680
7     FAX: (510) 637-3724
      E-mail: daniel.kaleba@usdoj.gov
8
   Attorneys for Plaintiff

**FILED**

MAY - 7 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 08-0282 CW |
| Plaintiff, | |
| v. | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| MARCELL DARNELL MAMON, | |
| Defendant. | |

TO:   The Honorable Edward M. Chen, United States Magistrate Judge of the United States District Court of Northern California:

The petition of Daniel Kaleba, Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, MARCELL DARNELL MAMON, whose place of custody and jailor are set forth in the Writ, attached hereto, and your petitioner

////

////

////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0282 DLJ

1  avers that the prisoner is required in the above-entitled matter in this Court, and therefore
2  petitioner prays that this Court issue the Writ as presented.
3
4  DATED: May 2, 2008                          Respectfully submitted,
5                                              JOSEPH P. RUSSONIELLO
                                               United States Attorney
6
7                                                      /s/
                                               _____
                                               DANIEL KALEBA
8                                              Assistant United States Attorney
9
10
11  SO ORDERED:
12  DATED: May 2, 2008
                                               _____
13                                             HONORABLE EDWARD M. CHEN
                                               United States Magistrate Judge
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0282 DLJ

# THE PRESIDENT OF THE UNITED STATES OF AMERICA

TO: FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Santa Rita Jail, Dublin, California:

## GREETINGS

WE COMMAND that you have and produce the body of **MARCELL DARNELL MAMON,** date of birth 05/30/1988, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **May 13, 2008, at 10:00 a.m.**, for arraignment in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable Edward M. Chen, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: May 7, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
        DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-08-0282 DLJ