1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney
2
   BRIAN J. STRETCH (CABN 163973)
3  Chief, Criminal Division

4  DANIEL R. KALEBA (CABN 223789)
   Assistant U.S. Attorney
5
     1301 Clay Street Suite 340S
6    Oakland, CA, 94612
     Telephone: (510) 637-3680
7    Telefax:    (510) 637-3724

8  Attorneys for Plaintiff

9                   IN THE UNITED STATES DISTRICT COURT

10                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11                             OAKLAND DIVISION

12
   UNITED STATES OF AMERICA,        )
13                                  )   Nos. CR 08-00281 DLJ
           Plaintiff,               )        CR 03-40047 CW
14                                  )
              v.                    )   [Filed April 30, 2008]
15                                  )
   VANCE TERRY THOMPSON             )
16                                  )
           Defendant.               )
17 _____ )
                                    )
18 UNITED STATES OF AMERICA,        )
                                    )   No. CR 08-00282 CW
19         Plaintiff,               )
                                    )   [Filed April 30, 2008]
20            v.                    )
                                    )   NOTICE OF RELATED CASE
21 MARCELL DARNELL MAMON            )   IN A CRIMINAL ACTION
                                    )
22         Defendant.               )   OAKLAND VENUE
   _____ )
23

24      The United States of America, pursuant to Local Criminal Rule 8-1, hereby notifies the

25 Court that the two above-captioned criminal cases are related. These actions arise out of a

26 common February 21, 2008 arrest of the two defendants in Oakland, California, and concern the

27 same alleged events and occurrences. Specifically, Mr. Mamon was a passenger in the car driven

28
   NOTICE OF RELATED CASES
   U.S. v. THOMPSON
   U.S. v. MAMON

1  by Mr. Thompson at the time the car was stopped by the Oakland Police Department. Both
2  actions are also likely to entail substantial duplication of labor if heard by different Judges, or
3  might create conflicts and unnecessary expenses if conducted before different Judges. Based
4  upon these facts, the cases are related within the meaning of Local Rule 8-1(b)(1) and (2).
5  Additionally, Mr. Thompson has a pending Form 12 Supervised Release action filed February
6  25, 2008 under Docket No. CR 03-40047 CW.
7      Per the requirement of Local Criminal Rule 8-1(c)(4), government counsel states that
8  assignment of these cases to a single judge is likely to conserve judicial resources and promote an
9  efficient determination of each action.

11 Date:  May 7, 2008                    Respectfully Submitted,
                                          JOSEPH P. RUSSONIELLO

14                                        _____/s/_____
                                          DANIEL R. KALEBA
                                          Assistant U.S. Attorney

NOTICE OF RELATED CASES
U.S. v. THOMPSON
U.S. v. MAMON                    2