UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** 6/11/08
**Date:** Diane Skillman

**Plaintiff:** United States

**v.**                                              **No.** CR-08-00282 CW

**Defendant:** Marcell Darnell Mamon (present - in custody)

**Appearances for Plaintiff:**
Douglas Sprague

**Appearances for Defendant:**
Stephen Freccero

FILED
JUN 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing:** Change of Plea

**Notes:** Defendant enters under oath Rule 11(c)(1)(A) and (B) plea of guilty to count one of the indictment charging felon in possession of ammunition in violation of 18 USC 922(b)(1). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. PSR requested. **Sentencing set for 8/27/08 at 2:00 p.m.**

Copies to: Chambers; probation