UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

Case Number: CR-08-00282 CW

Defendant's Name: Marcell Darnell Mamon

Defense Counsel: Stephen Freccero

Referral Date: 6/11/08

Sentencing Date: 8/27/08 @ 2:00 pm

FILED
JUN 11 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a

- **X** Presentence Investigation
- ___ Pre-Plea Report
- ___ Bail Investigation
- ___ Bail Supervision
- ___ Postsentence Investigation
- ___ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the Probation Office, Room 220S, before leaving the Courthouse today to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

---

for use of Courtroom Deputies:

Is defendant in custody: yes

Is defendant English-speaking? yes

---

cc: U. S. Probation