JOSEPH P. RUSSONIELLO (CASBN 44332)
United States Attorney

BRIAN J. STRETCH (CASBN 163973)
Chief, Criminal Division

JOSHUA HILL (CASBN 250842)
Assistant United States Attorney

  1301 Clay Street; Suite 340-S
  Oakland, California 94612
  Phone: 510/637-3740
  Fax: 510/637-3724
  E-mail: joshua.hill2@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No.  CR 08-0282 CW |
| Plaintiff, | ) | |
| v. | ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| MARCELL DARNELL MAMON, | ) | |
| Defendant. | ) | |

Please take notice that as of June 25, 2008, the Assistant United States Attorney whose name, address, telephone number and e-mail address listed below is assigned to be counsel for the government.

JOSHUA HILL
Assistant United States Attorney
1301 Clay Street; Suite 340S
Oakland, California 94612
Phone: 510/637-3740
Fax: 510/637-3724
E-mail: joshua.hill2@usdoj.gov

The Clerk is requested to change the docket sheet and other court records so as to reflect that all orders and communications from the court will in the future be directed to

////

SUBSTITUTION OF ATTORNEY

1   AUSA Joshua Hill at the above mailing address, telephone number, facsimile number and

2   e-mail address.

3

4   DATED:  June 25, 2008                    Respectfully submitted,

5                                            JOSEPH P. RUSSONIELLO
6                                            United States Attorney

7

8                                            _____/s/_____
                                             JOSHUA HILL
9                                            Assistant United States Attorney

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

SUBSTITUTION OF ATTORNEY