# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL - 8 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES OF AMERICA       )
                               )
vs.                            )   Docket Number: CR 08-00282-01
                               )
Marcell Mamon                  )
                               )

**ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE**

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for _August 27, 2008_ be continued until _September 24, 2008_ at _2:00 pm_.

Date: _JUL - 8 2008_

_____
Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04



# UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA
PROBATION OFFICE

YADOR J. HARRELL
*CHIEF U.S. PROBATION OFFICER*

**Please reply to:**
1301 Clay Street Suite 220S
Oakland, CA 94612-5208
TEL: (510) 637-3600
FAX: (510) 637-3625

450 Golden Gate Avenue
Suite 17-6884; P.O. Box 36057
San Francisco, CA 94102-3487
TEL: (415) 436-7540
FAX: (415) 436-7572

July 7, 2008

MEMORANDUM

The Honorable Claudia Wilken
United States District Judge

RE: MAMON, Marcell
Docket No. CR 08-00282-01 CW
**REQUEST FOR CONTINUANCE**

Your Honor:

On June 11, 2008, the court ordered a Presentence Investigation for the above named defendant who is being charged with 18 U.S.C. §922(g)(1) - Felon in Possession of a Firearm. Judgement and sentencing are set for August 27, 2008.

Due to scheduling conflicts between this officer and the defense attorney, a presentence interview cannot be completed prior to the due date of the initial draft report. Defense counsel has indicated that he will also be unavailable to review the draft report, due to a previously planned trip and that he is in need of a continuance. The government's attorney has been notified and voiced no objection to a continuance. All parties have agreed to a date of September 24, 2008. If the Court approves the continuance, a proposed order is attached for Your Honor's convenience.

Respectfully submitted,

Jessica A. Goldsberry
U.S. Probation Officer

Reviewed and Approved by:

Eli Goren /JG
Eli Goren
Assistant Deputy Chief U.S. Probation Officer

cc: AUSA Joshua Hill
    Defense Counsel Stephen Freccereo