STEPHEN P. FRECCERO (SBN 131093)
sfreccero@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Appointed Counsel for Defendant,
MARCELL DARNELL MAMON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCELL DARNELL MAMON,<br><br>Defendant. | Case No.   CR 08-0282 CW<br><br>NOTICE AND APPLICATION FOR COURT ORDER AUTHORIZING APPOINTED COUNSEL STEPHEN P. FRECCERO TO HAVE CONTACT VISITS WITH DEFENDANT MARCELL DARNELL MAMON AT THE GLENN DYER/NORTH COUNTY DETENTION FACILITY |

1. Undersigned counsel is the appointed counsel of record for Defendant Marcell Darnell Mamon in the above-captioned case. Sentencing in this matter is set for September 24, 2008, at 2 p.m.

2. Defendant is currently being held in custody at the Glenn Dyer/North County Jail. It is my understanding that he is being held on a state probation violation and that there is a federal hold on him. I have previously been approved by the United States Marshals Service to have attorney-client meetings with Defendant at that facility and have made appointments for contact visits and met with Defendant at that facility on numerous occasions.

NOTICE AND APPLICATION FOR COURT ORDER AUTHORIZING APPOINTED COUNSEL TO HAVE CONTACT VISITS WITH MARCELL DARNELL MAMON -- CASE NO. CR 08-0282 CW
sf-2561645

1

3. On August 12, 2008, I received a copy of the proposed Presentence Report in this matter. On August 13, 2008, at my instruction, my secretary called the Glenn Dyer/North County facility to arrange an appointment with Defendant as we have done in the past. My secretary was told by Sgt. Steve Griffin that such an appointment could not be made, and that I was to personally contact him.

4. On that same day, I subsequently called the Glenn Dyer/North County facility and spoke first to Sgt. Griffin and then to Lt. Mike Harper of the Alameda County Sheriff's Department at the Glenn Dyer/North County facility. They both informed me that because Defendant was being held on state charges and because he was represented by different counsel in the state proceedings, I would not be permitted to have an appointment for a contact visit with Defendant Mamon. However, Lt. Harper indicated that he would allow me to make appointments for contact visits with Defendant if I obtained an Order from this Court authorizing such contact visits.

5. It is necessary that I meet with Defendant on a timely basis in order to review the Presentence Report with him and comply with the Criminal Local Rules regarding the presentence investigation. In addition, I need to be able to consult with my client and advise him regarding his upcoming sentencing and to be able to provide him written materials.

6. I am therefore requesting that this Court issue an Order authorizing me to have contact visits with Defendant at the Glenn Dyer/North County facility through the completion of this federal proceeding.

Respectfully submitted,

Dated: August 14, 2008

STEPHEN P. FRECCERO
MORRISON & FOERSTER LLP

By: _____
Stephen P. Freccero

Appointed Counsel for Defendant,
MARCELL DARNELL MAMON

NOTICE AND APPLICATION FOR COURT ORDER AUTHORIZING APPOINTED COUNSEL TO HAVE CONTACT VISITS WITH MARCELL DARNELL MAMON – CASE NO. CR 08-0282 CW
sf-2561645

2