1

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9            NORTHERN DISTRICT OF CALIFORNIA

10                  OAKLAND DIVISION

11

12   UNITED STATES OF AMERICA,              Case No.    CR 08-0282 CW

13              Plaintiff,                  **[PROPOSED]**
                                            **ORDER AUTHORIZING**
14        v.                                **APPOINTED COUNSEL**
                                            **STEPHEN P. FRECCERO TO**
15   MARCELL DARNELL MAMON,                 **HAVE CONTACT VISITS WITH**
                                            **DEFENDANT MARCELL**
16              Defendant.                  **DARNELL MAMON AT THE**
                                            **GLENN DYER/NORTH COUNTY**
17                                          **DETENTION FACILITY**

18

19        Upon the application of Stephen P. Freccero, and for good cause showing, it is hereby

20   ORDERED that Stephen P. Freccero, appointed counsel for Defendant in the above-captioned

21   federal case, be permitted to have contact visits with defendant Marcell Darnell Mamon at the

22   Glenn Dyer/North County Detention Facility.

23        It is so ORDERED this _____ day of August, 2008.

24

25                                    _____

26                                    Honorable Claudia Wilken
                                      United States District Judge

27

28

ORDER AUTHORIZING APPOINTED COUNSEL TO HAVE CONTACT VISITS WITH MARCELL DARNELL MAMON        1
CASE  NO. CR 08-0282 CW
sf-2561686