1

2

3

4

5

6

7

8          UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA

10         OAKLAND DIVISION

11

12  UNITED STATES OF AMERICA,          Case No.    CR 08-0282 CW

13              Plaintiff,              **ORDER AUTHORIZING
                                        APPOINTED COUNSEL
14       v.                            STEPHEN P. FRECCERO TO
                                        HAVE CONTACT VISITS WITH
15  MARCELL DARNELL MAMON,             DEFENDANT MARCELL
                                        DARNELL MAMON AT THE
16              Defendant.             GLENN DYER/NORTH COUNTY
                                        DETENTION FACILITY**
17

18          Upon the application of Stephen P. Freccero, and for good cause showing, it is hereby

19  ORDERED that Stephen P. Freccero, appointed counsel for Defendant in the above-captioned

20  federal case, be permitted to have contact visits with defendant Marcell Darnell Mamon at the

21  Glenn Dyer/North County Detention Facility.

22

23          It is so ORDERED this 14th day of August, 2008.

24

25          _____

26          Honorable Claudia Wilken
            United States District Judge
27

28

ORDER AUTHORIZING APPOINTED COUNSEL TO HAVE CONTACT VISITS WITH MARCELL DARNELL MAMON
CASE  NO. CR 08-0282 CW
sf-2561686                                                                                    1