IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,

  v.

MARCELL DARNELL MAMON,

    Defendant.
                                 /

No. CR 08-00282 CW

CLERK'S NOTICE
CONTINUING HEARING

    Notice is hereby given that the sentencing, previously set for September 24, 2008, is continued to **October 1, 2008, at 2:00 p.m.,** in Courtroom 2, 4th Floor, 1301 Clay Street, Oakland, CA 94612.

Dated: 9/3/08

*Sheilah Cahill*

SHEILAH CAHILL
Deputy Clerk

cc:  U.S. Probation
     U.S. Marshal